UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENSON ADEYEMI OLUWAROTIMI,

Plaintiff,

v.

ICE FIELD OFFICER DIRECTOR, et al.,.

Defendant.

CASE NO. 11-5307RBL

ORDER

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has not completed the forms needed for the court to consider if he is entitled to proceed in forma pauperis. The court sent plaintiff a letter outlining the deficiencies in his application on April 25, 2011 (ECF No. 2). The court gave plaintiff until May 26, 2011, to submit either a filing fee or an application to proceed in forma pauperis. Plaintiff has not complied. Plaintiff is now filing motions in the case and asking the court to issue subpoenas (ECF No. 3 and 4).

No action will be taken until and unless the filing fee is paid or the court has ruled on an application to proceed in forma pauperis. All pending motions are DENIED WITHOUT PREJUDICE.

Plaintiff will have until August 5, 2011, to submit the information needed to determine if he is entitled to proceed in forma pauperis. If the court does not have the information on or before August 5, 2011, the court will recommend that this action be dismissed.

Dated this 6th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge