UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BENSON ADEYEMI OLUWAROTIMI, <br><br> Plaintiff, <br><br> v. <br><br> ICE FIELD OFFICE DIRECTOR et al. <br><br> Defendants. | CASE NO. 3:11-cv-05307-RBL-JRC <br><br> ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED. Plaintiff has failed to pay the filing fee and failed to file an application to proceed in forma pauperis. All pending motions are denied.

DATED this 6th day of September, 2011.

*[signature]*
RONALD B. LEIGHTON
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1