# United States District Court

WESTERN DISTRICT OF WASHINGTON

BENSON ADEYEMI OLUWAROTIMI

       v.

ICE FIELD OFFICE DIRECTOR, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5307RBL/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 15) is **DENIED**; Defendants Motion to Dismiss (ECF No. 17) is **GRANTED**; all claims against Defendants are **DISMISSED WITH PREJUDICE**.

   September 6, 2011                                                     WILLIAM M. McCOOL
Date                                                                                        Clerk

                                                                                      *s/CM Gonzalez*
                                                                                      Deputy Clerk